# RICHARD R. WIER, JR., P.A.

ATTORNEY AT LAW

TWO MILL ROAD, SUITE 200
WILMINGTON, DELAWARE 19806

www.Wierlaw.com

RICHARD R. WIER, JR.*

DANIEL W. SCIALPI

*ALSO ADMITTED IN PA

(302) 888-3222
FAX (302) 888-3225

RWier@Wierlaw.com
DScialpi@Wierlaw.com

February 28, 2006

**VIA CM/ECF**

The Honorable Sue L. Robinson
District Court of Delaware
844 North King Street
Wilmington, DE 19801

Re: **Edwina Hartung v. First State Dining Corp. d/b/a Gator's Sports Bar**
C.A. No. 05-881 SLR

Dear Judge Robinson:

The parties have conferred and jointly submit the enclosed proposed Scheduling Order in advance of the telephonic scheduling conference on Wednesday, March 1, 2006 at 8:45 a.m.

Very truly yours,

/s/ Daniel W. Scialpi

Daniel W. Scialpi

Enclosure
cc: Edwina Hartung
    James S. Green, Sr., Esq.