IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| EDWINA HARTUNG, | : |
| | : |
| Plaintiff, | : |
| | : |
| v. | : Civil Action No. 05-881-SLR |
| | : |
| FIRST STATE DINING CORP., d/b/a | : |
| GATOR'S SPORTS BAR, | : |
| | : |
| Defendant. | : |

## ORDER

At Wilmington this **24th** day of **April, 2006**.

IT IS ORDERED that a teleconference has been scheduled for **Thursday, May 11, 2006 at 9:00 a.m.** with Magistrate Judge Thynge to discuss the status of the case. **Richard R. Wier, Jr., Esquire shall initiate the teleconference call**.

Local counsel are reminded of their obligations to inform out-of-state counsel of this Order. To avoid the imposition of sanctions, counsel shall advise the Court immediately of any problems regarding compliance with this Order.

/s/ Mary Pat Thynge
UNITED STATES MAGISTRATE JUDGE