IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| EDWINA HARTUNG, | : |
| | : |
| Plaintiff, | : |
| | : |
| v. | : C.A. No. 05-881 SLR |
| | : |
| FIRST STATE DINING CORP. d/b/a | : JURY TRIAL DEMANDED |
| GATOR'S SPORTS BAR, | : |
| | : |
| Defendants. | : |

## CERTIFICATE OF SERVICE

I hereby certify that on this 4th day of October 2006 that I served the Plaintiff's First Set of Interrogatories and First Request for the Production of Documents by HAND DELIVERY on:

James S. Green, Sr.
Seitz, Van Ogtrop & Green, P.A.
222 Delaware Avenue, Suite 1500
P.O. Box 68
Wilmington, DE 19899

                                         **RICHARD R. WIER, JR., P.A.**

                                         /s/ Richard R. Wier, Jr.
                                         Richard R. Wier, Jr. (#716)
                                         Two Mill Road, Suite 200
                                         Wilmington, DE 19806
                                         (302)888-3222