IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| EDWINA HARTUNG, | : | |
| | : | |
| Plaintiff, | : | |
| | : | |
| v. | : | C.A. No.: 05-881 SLR |
| | : | |
| FIRST STATE DINING CORP. d/b/a | : | JURY TRIAL DEMANDED |
| GATOR'S SPORTS BAR, | : | |
| | : | |
| Defendant. | | |

**ORDER**

Upon Plaintiff's Motion to Compel and to extend the discovery cut-off having been considered by the Court, and Defendant's response thereto,

IT IS ORDERED THIS      DAY OF           A.D. 2006 THAT:

1. Plaintiff's Motion is GRANTED;

2. Defendant shall produce Jeff Sorrels for deposition at a time and place that is convenient to Plaintiff and her counsel but in no event later than December 31, 2006;

3. Defendant shall respond to Plaintiff's outstanding discovery on or before November 2, 2006;

4. The Scheduling Order is amended to enlarge the time for the completion of discovery to December 31, 2006; all other dates in said Order shall remain the same.

_____
Hon. Sue L. Robinson