__IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| EDWINA HARTUNG, | : |
| Plaintiff, | : |
| v. | : C.A. No.: 05-881 SLR |
| FIRST STATE DINING CORP. d/b/a GATOR'S SPORTS BAR, | : JURY TRIAL DEMANDED |
| Defendant. | : |

## CERTIFICATE OF SERVICE

I hereby certify that on this 25th day of October 2006 that I served the Defendant First State Dining Corp., d/b/a Gator's Sports Bar the attached Plaintiff's Motion to Compel by ELECTRONIC FILING on:

James S. Green, Sr.
Seitz, Van Ogtrop & Green, P.A.
222 Delaware Avenue, Suite 1500
P.O. Box 68
Wilmington, DE 19899

**RICHARD R. WIER, JR., P.A.**

 /s/ Richard R. Wier, Jr.
Richard R. Wier, Jr. (#716)
Two Mill Road, Suite 200
Wilmington, DE 19806
(302)888-3222