IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| EDWINA HARTUNG,<br><br>      Plaintiff,<br><br>v.<br><br>FIRST STATE DINING CORP. d/b/a<br>GATOR'S SPORTS BAR,<br><br>      Defendant. | :<br>:<br>:<br>:<br>:   C.A. No.: 05-881 SLR<br>:<br>:   JURY TRIAL DEMANDED<br>:<br>:<br>: |

### NOTICE OF DEPOSITION

To:   James S. Green, Sr.
       Seitz, Van Ogtrop & Green, P.A.
       222 Delaware Avenue, Suite 1500
       P.O. Box 68
       Wilmington, DE 19899

PLEASE TAKE NOTICE that Plaintiff will take the deposition of Jeffrey Sorrells on January 9, 2007, beginning at 10 a.m., before a notary public or other person authorized to administer oaths. The deposition will take place at the Law Offices of Richard R. Wier, Jr., Two Mill Road, Suite 200, Wilmington, Delaware 19806 and will be recorded stenographically.

**RICHARD R. WIER, JR., P.A.**

/s/ Richard R. Wier, Jr.
Richard R. Wier, Jr. (#716)
Two Mill Road, Suite 200
Wilmington, DE 19806
(302)888-3222

## CERTIFICATE OF SERVICE

I certify that on this 21st day of December 2006 that I caused a true and correct copy of the attached Notice of Deposition to be served BY ELECTRONIC SERVICE on:

James S. Green, Sr.
Seitz, Van Ogtrop & Green, P.A.
222 Delaware Avenue, Suite 1500
P.O. Box 68
Wilmington, DE 19899

**RICHARD R. WIER, JR., P.A.**

_/s/ Richard R. Wier, Jr._
Richard R. Wier, Jr. (#716)
Two Mill Road, Suite 200
Wilmington, DE 19806
(302)888-3222