IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| EDWINA HARTUNG, | : |
| | : |
| Plaintiff, | : |
| | : |
| v. | : C.A. No.: 05-881 SLR |
| | : |
| FIRST STATE DINING CORP. d/b/a | : JURY TRIAL DEMANDED |
| GATOR'S SPORTS BAR, | : |
| | : |
| Defendant. | : |

## NOTICE OF SERVICE

I, James S. Green, do hereby certify that on this ___ of March, 2007, I served Defendant's Answers to Plaintiff's First Set of Interrogatories and Responses to Plaintiff's First Request for Production via first class mail, postage prepaid:

> Richard R. Wier Jr., Esq.
> Richard R. Wier, Jr., P.A.
> Two Mill Road
> Suite 200
> Wilmington, DE 19806

SEITZ, VAN OGTROP & GREEN, P.A

/s/ James S. Green, Sr.
JAMES S. GREEN, SR., ESQ. (DE0481)
jgreen@svglaw.com
KEVIN A. GUERKE (DE4096)
kguerke@svglaw.com
222 Delaware Avenue, Suite 1500
P. O. Box 68
Wilmington, DE 19899
(302) 888-0600
   Attorneys for Defendant

Dated: March ___, 2007

58190 v1