IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| EDWINA HARTUNG, | : |
|     Plaintiff, | : |
| v. | :    C.A. No.: 05-881 SLR |
| FIRST STATE DINING CORP. d/b/a GATOR'S SPORTS BAR, | :    JURY TRIAL DEMANDED |
|     Defendant. | : |

## ORDER

And now, this _____ day of _____, 2007, after consideration of the Motion to Withdraw as Counsel for Defendant First State Dining Corp., and any response thereto, it is hereby Ordered that said Motion is GRANTED, and:

Effective immediately, James S. Green. Sr., Kevin A. Guerke and the law firm of Seitz, Van Ogtrop & Green, P.A. are no longer counsel for Defendant First State Dining Corp. in the above-captioned action.

SO ORDERED:

_____
The Hon. Sue L. Robinson

59423 v1