IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| EDWINA HARTUNG, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) Civ. No. 05-881-SLR |
| | ) |
| FIRST STATE DINING CORP., | ) |
| d/b/a GATOR'S SPORTS BAR, | ) |
| | ) |
| Defendant. | ) |

**ORDER**

At Wilmington this 26th day of June, 2007, having conferred with counsel;

IT IS ORDERED that:

1. The motion to withdraw as counsel for defendant (D.I. 17) is granted, and James S. Green, Sr., Esquire, Kevin A. Guerke, Esquire, and the law firm of Seitz, Van Ogtrop & Green, P.A. are no longer counsel for defendant First State Dining Corp. in the above captioned litigation.

2. A corporation, however, cannot represent itself or be represented by its president or officers; it can only be represented by an attorney admitted to practice law. See James v. Daley and Lewis, et al., 406 F. Supp. 645, 648 (D. Del. 1976). Therefore, on or before **August 31, 2007**, defendant First State Dining Corp. must retain new counsel, or **judgment shall be entered against it for failure to defend.**

3. Plaintiff's motion to compel (D.I. 14) is denied without prejudice to renew,

should defendant retain new counsel and the case move forward on the merits.

_____
United States District Judge