# RICHARD R. WIER, JR., P.A.

ATTORNEY AT LAW

RICHARD R. WIER, JR.*

MICHELE D. ALLEN*

*ALSO ADMITTED IN PA

TWO MILL ROAD, SUITE 200
WILMINGTON, DELAWARE 19806

www.Wierlaw.com

(302) 888-3222
FAX (302) 888-3225

RWier@Wierlaw.com
MAllen@Wierlaw.com

September 13, 2007

**VIA CM/ECF**

The Honorable Sue L. Robinson
District Court of Delaware
844 North King Street
Wilmington, DE 19801

      Re:    **Edwina Hartung v. First State Dining Corp. d/b/a Gator's Sports Bar**
             **C.A. No. 05-881 SLR**

Dear Judge Robinson:

      On June 26, 2007 you ordered Defendant in the above case to obtain new counsel or judgement would be entered against it for failure to defend. As of September 13, 2007 I have not been served with notification of new counsel for Defendant and I have checked the docket and there has been no entry of appearance for new counsel. Therefore, I respectfully request your Honor enter a Judgment against Defendant for failure to defend and schedule a hearing on damages.

      I am available at the Court's convenience for a hearing.

                                    Respectfully submitted,

                                    /s/ Richard R. Wier, Jr.

cc:    Edwina Hartung
        First State Dining Corp.