IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| EDWINA HARTUNG, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) Civ. No. 05-881-SLR |
| | ) |
| FIRST STATE DINING CORP., | ) |
| d/b/a GATOR'S SPORTS BAR, | ) |
| | ) |
| Defendant. | ) |

## JUDGMENT IN A CIVIL CASE

WHEREAS, the court conducted a telephone conference with counsel for the parties in this action on June 26, 2007 to discuss the motion to withdraw as counsel for defendant filed by Attorney James Green;

WHEREAS, the court granted said motion and ordered the defendant to retain new counsel on or before August 31, 2007;

WHEREAS, defendant has failed to respond to said order and presently remains without representation by counsel in this action;

NOW THEREFORE, for reasons stated in the court's order of June 26, 2007;

IT IS ORDERED AND ADJUDGED that judgment be and is hereby entered in favor of plaintiff Edwina Hartung and against defendant First State Dining Corp., d/b/a Gator's Sports Bar.

_____
United States District Judge

Dated: September 17, 2007

_____
(By) Deputy Clerk