**D.I. #**_____

# CIVIL ACTION
# NUMBER: _____ 05 CV 881

U.S. POSTAL SERVICE
CERTIFIED MAIL RECEIPT(S)

**U.S. Postal Service™**
**CERTIFIED MAIL™ RECEIPT**
*(Domestic Mail Only; No Insurance Coverage Provided)*

For delivery information visit our website at www.usps.com®

OFFICIAL USE

| | |
|---|---|
| Postage | $ .41 |
| Certified Fee | 2.65 |
| Return Receipt Fee (Endorsement Required) | 2.15 |
| Restricted Delivery Fee (Endorsement Required) | |
| Total Postage & Fees | $ 5.21 |

Postmark Here

Civ No. 05-881-SLR

Sent To _First State Dining Corp. d/b/a Gators Sports Bar_
Street, Apt. No.; or PO Box No. _519 E. Basin Rd_
City, State, ZIP+4 _New Castle DE 19702_

7005 1820 0004 3164 7881

PS Form 3800, June 2002                    See Reverse for Instructions