United States District Court
For the District of Delaware



SCANNED
FILED
SEP 20 2007
U.S. DISTRICT COURT
DISTRICT OF DELAWARE

## Acknowledgement of Service Form
## For Service By Return Receipt

Civil Action No. 05cv881 SLR

Attached below is a return receipt card reflecting proof of service upon the named party on the date show.

---

**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

   First State Diving Corp.
   d/b/a Gator's Sports Bar
   519 E. Basin Rd.
   New Castle, DE 19720

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
   X Barbara Demond   ☐ Agent  ☐ Addressee
B. Received by (Printed Name)   C. Date of Delivery 9/19/07
D. Is delivery address different from Item 1? ☐ Yes
   If YES, enter delivery address below: ☐ No

3. Service Type
   ☒ Certified Mail   ☐ Express Mail
   ☐ Registered       ☐ Return Receipt for Merchandise
   ☐ Insured Mail     ☐ C.O.D.
4. Restricted Delivery? (Extra Fee)   ☐ Yes

2. Article Number (Transfer from service label)   7005 1820 0004 3169 6381

PS Form 3811, August 2001   Domestic Return Receipt   102595-02-M-1540