IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| EDWINA HARTUNG, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Civ. No. 05-881-SLR |
| ) | |
| FIRST STATE DINING CORP., ) | |
| d/b/a GATOR'S SPORTS BAR, ) | |
| ) | |
| Defendant. ) | |

# O R D E R

At Wilmington this 7th day of November, 2007, the court having entered judgment against defendant First State Dining Corp., d/b/a Gator's Sports Bar (D.I. 20);

IT IS ORDERED that a hearing on damages shall be held on **Tuesday, December 18, 2007, at 4:00 p.m.** in courtroom 6B on the 6th Floor, Boggs Federal Building, 844 King Street, Wilmington, Delaware.

                                                                    _____
                                                                    United States District Judge