IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| EDWINA HARTUNG, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Civ. No. 05-881-SLR |
| ) | |
| FIRST STATE DINING CORP., ) | |
| d/b/a GATOR'S SPORTS BAR, ) | |
| ) | |
| Defendant. ) | |

ORDER

At Wilmington this 18th day of December, 2007, having conducted an evidentiary hearing in connection with the default judgment entered against defendant; and plaintiff having made a claim, inter alia, for lost wages in the amount of $64,000 per year;

IT IS ORDERED that, on or before January 4, 2008, plaintiff shall furnish to the court, under seal, copies of her income tax returns for the years 2000 - 2003.  Failure of the plaintiff to timely comply shall result in her requested wages being reduced by half; i.e., the court will find that plaintiff's "lost" wages are no more than $32,000 per year.

                                            /s/ Sue L. Robinson  
                                            United States District Judge