IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| EDWINA HARTUNG, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) Civ. No. 05-881-SLR |
| | ) |
| FIRST STATE DINING CORP., | ) |
| d/b/a GATOR'S SPORTS BAR, | ) |
| | ) |
| Defendant. | ) |

**O R D E R**

At Wilmington this 18th day of January, 2008, having conducted an evidentiary hearing in connection with the default judgment entered against defendant; and having given plaintiff additional time to prove her claim for lost wages in the amount of $64,000 per year (D.I. 25); and plaintiff's having failed to submit any records in response to the court's December 18, 2007 order;

IT IS ORDERED, consistent with the court's ruling of December 18, 2007, that judgment is hereby entered in the amount of $70,817.39, as follows: $25,000 in compensatory damages; $24,000 in lost wages;[1] and $21,817.30 in attorney fees and

---

[1] Calculated as follows: The difference between the court-designated past salary of $32,000 per year (D.I. 25) and the mitigating salary earned after leaving the position at Gator's ($24,000 per year) for three (3) years. The court has not included in its lost wages calculation the dental assistant job plaintiff held for 4 months after her termination, and has concluded that three (3) years of lost wages is a fair award of damages under the circumstances at bar.

costs.

_____
United States District Judge